**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| JOSE CRUZ-CASTRO, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | No. 25-cv-07333 |
| v. | : | |
| | : | |
| J.L. JAMISON, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of December, 2025, at 12:00 p.m., upon consideration of

Petitioner's Motion for a Temporary Restraining Order (ECF No. 2) it is hereby **ORDERED** that

said Motion is **GRANTED** as follows:

1.     To prevent Petitioner from suffering irreparable injury in the nature of

deportation, Respondents are **ENJOINED** from removing or transferring Petitioner from the

Eastern District of Pennsylvania.

2.     Respondents shall file any opposition to the request for preliminary injunctive

relief on or before **Friday, January 2, 2026**.

3.     A video status conference on said Motion will be held before the Court on

**Tuesday, January 6, 2026 at 11:30 a.m.** Counsel shall appear by video and will be notified by

Chambers staff via email with video links and instructions on how to participate remotely.

4.     Petitioner's Motion for a Temporary Restraining Order is denied in all other

respects.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge

**Judge John Milton Younge**