**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| JOSE CRUZ-CASTRO, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | No. 25-cv-07333 |
| v. | : | |
| | : | |
| J.L. JAMISON, et al., | : | |
| Respondents. | | |

**ORDER**

AND NOW, this 1st day of April, 2026, upon consideration of Petitioner's Motion for Attorney Fees (ECF No. 10), it is hereby **ORDERED** that the Government shall file a response within fourteen (14) days from the date of this Order.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**