**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSE CRUZ CASTRO | : | |
| | : | |
| *Plaintiffs,* | : | Civil Action No.  25-cv-7333 |
| | : | |
| v. | : | |
| | : | |
| J. L. JAMISON, *et al.* | : | |
| | : | |
| *Respondents.* | : | |

**Stipulation Extending the Time for the**
**Government to Respond to the Complaint**

Petitioner Cruz Castro and Respondents (together "the Government"),

stipulate as follows:

1. On March 31, 2026, Petitioner filed a motion for attorney fees under the

   Equal Access to Justice Act. *See* Dkt 10.  On April 1, 2026 J Younge ordered a

   response within 14 days of his April 1 Order.  *See* Dkt. 11.

2. The Government's current deadline to respond to the motion is therefore

   April 15, 2026.

3. The parties have agreed that the Respondents' time to respond to the motion

   shall be enlarged by 15 days from April 15, 2026 to April 30, 2026.

4. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the

   submission of this stipulation with their electronic signatures below.

So stipulated,

Dated: April 15, 2026

LAW OFFICE OF JOSE C. CAMPOS

/s/ Jose C. Campos
JOSE C. CAMPOS
251 E. Broad St.
Bethlehem, PA 18018
Jc@jccamposlaw.com
610-868-2230

*Attorney for Plaintiff*

DAVID METCALF
United States Attorney

/s/ Neelima Vanguri
NEELIMA VANGURI
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Neelima.vanguri@usdoj.gov
215-861-8334

*Counsel for Defendants*

**SO ORDERED:**

/s/ John Milton Younge

Honorable John M. Younge
United States District Judge

Date: April 15, 2026